```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
              CASE NO. 02-14072-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ANTHONY LATERZA,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Proceed In Forma Pauperis with Standby Counsel, (D.E. 174).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on January 19, 2016. A Report and Recommendation was filed on January 25, 2016 recommending that Defendant's Motion to Proceed In Forma Pauperis with Standby Counsel be **GRANTED**.

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **ADOPTED and APPROVED** in its entirety. Harry Winderman, counsel for the Defendant is permitted to withdraw as counsel of record and the Court **HEREBY APPOINTS** Harry Winderman, Esquire of 2255 Glades Road, Suite 218A, Boca Raton, Florida 33431 to act as standby counsel in this case, pursuant to 5 U.S.C. 3109.

Mr. Winderman is directed to keep record of his time consistent with CJA panel attorney policy and procedures, and submit any fee request in accord with 5 U.S.C. § 3109.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of February, 2016.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
       Harry Winderman
       Diana Acosta, AUSA