UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 02-14072-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ANTHONY LATERZA,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion for Leave of Court to File Jurisdictional Motions Out of Time, (D.E. 205); Motions to Dismiss for Lack of Jurisdiction, (D.E. 206, 207, 208, 209, 210, 211, 212, 213, and 214); Motions to Exclude, (D.E. 216, 217 and 218); and Motion to Dismiss (D.E. 215).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on January 21, 2016. A Report and Recommendation was filed recommending that the Motions be **Denied**.

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation (D.E. 221), filed in this cause is hereby, **AFFIRMED and APPROVED** in its entirety

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of May, 2016.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
        Mizell Campbell, Jr., Esq.
        Diana Acosta, AUSA