UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 02-14072-CR-GRAHAM

UNITED STATES OF AMERICA

             Plaintiff,

vs.

ANTHONY LATERZA,

             Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion Motion to Dismiss (D.E. 177, 178, 179, 180, 181, 182 and 183).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on January 21, 2016. A Report and Recommendation was filed recommending that the Motions be **Denied**.

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation (D.E. 220), filed  in this cause is hereby, **AFFIRMED and APPROVED** in its entirety

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of May, 2016.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
        Mizell Campbell, Jr., Esq.
        Diana Acosta, AUSA