```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT PIERCE DIVISION
                    CASE NO. 02-14072-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ANTHONY LATERZA,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
IN THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

   **THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on March 16, 2011.

   **THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on May 9, 2016. A Report and Recommendation on Defendant's admissions to the violations set forth in the Petition for Violation of Supervised Release. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file, Accordingly, it is

   **ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

   **DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of May, 2016.

                              *[signature]*

                          DONALD L. GRAHAM
                          UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Diana Acosta, AUSA
        Mizell Campbell, Esq.
```